IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIA MIRAMONTES

    Plaintiff

v.

THE CITY OF ARCOLA, TEXAS,
THE ARCOLA POLICE DEPARTMENT
CHIEF MICHAEL V. ELLISON,        Civil Action No. 4:21-CV-00927
THE ARCOLA POLICE DEPARTMENT,
FORMER ARCOLA POLICE OFFICER
HECTOR AARON RUIZ, INDIVIDUALLY,

    Defendants

### STATE OF TEXAS' MOTION TO DISMISS INTERVENTION

    Comes now the State of Texas by and through Mark LaForge, her Assistant District Attorney, of Fort Bend County, Texas, and respectfully moves this Honorable Court to dismiss (by voluntary request of the State of Texas) the State of Texas as an intervenor, per Rule 24 of the Federal Rules of Civil Procedure.

    The State of Texas previously filed an intervention to stay this matter because of pending state criminal cases against Hector Aaron Ruiz, a party to this federal lawsuit, related in part to the same events made part of the Plaintiff's civil case here. The State of Texas has now dismissed its criminal cases and therefore the legal basis for the intervention is now moot.

Respectfully submitted,

_____
Mark LaForge
Assistant District Attorney
Fort Bend County, Texas
Texas State Bar No.: 24048600
Federal ID No.: 3750172
(U.S. Southern District of Texas)
301 Jackson Street, Rm. 101
Richmond Texas 77469
Ph. 281-341-4460
Email: Mark.LaForge@fbctx.gov

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIA MIRAMONTES

    Plaintiff

v.

THE CITY OF ARCOLA, TEXAS,
THE ARCOLA POLICE DEPARTMENT
CHIEF MICHAEL V. ELLISON,    Civil Action No. 4:21-CV-00927
THE ARCOLA POLICE DEPARTMENT,
FORMER ARCOLA POLICE OFFICER
HECTOR AARON RUIZ, INDIVIDUALLY,

    Defendants

# COURT ORDER ON THE STATE OF TEXAS' MOTION TO DISMISS INTERVENTION

The State of Texas' Motion to Dismiss Intervention is hereby GRANTED in its entirety and the State of Texas is hereby removed/dismissed as an intervenor in this lawsuit. It is so ORDERED by the Court.

Signed this the _____, day of _____, 2025.

_____
**United States District Judge, Presiding**
Southern District of Texas