**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARIA MIRAMONTES** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE CITY OF ARCOLA, TEXAS, ET. AL.** | § | **CIVIL ACTION NO. 4:21-cv-927** |
| *Defendants.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| | § | |
| | § | |

## SUBMISSION OF PROPOSED SCHEDULING ORDER

COMES NOW, MARIA MIRAMONTES, Plaintiff in the above-styled and numbered cause of action, and submits a Proposed Scheduling Order in accordance with the Minute Entry and Order of this Court on December 20, 2024 and would show the Court as follows:

### I.
### *MOSTLY* JOINT PROPOSAL

1.  There have been no objections to the proposed scheduling order.

2.  Plaintiff's counsel will be out of the country beginning January 3, 2025 through and beyond January 6, 2025, so this order is submitted well before the January 6, 2025 deadline.

3.  After conferring on the dates in the attached Proposed Scheduling Order, the Agreed partes are:

    a.    Plaintiff, Maria Miramontes.

     b.     Defendant, The City of Arcola.

     c.     Intervenor, The State of Texas (which has asked for dismissal of the intervention [Doc. 78]).

4.     Non-responding parties to requests to confer on dates are:

     a.     Defendant, Hector Aaron Ruiz (who is incarcerated but represented by counsel).

     b.     Intervenor, United States of America (which is expected also to seek to have their Intervention Voluntarily Dismissed).

5.     Note that the State of Texas and the United States of America each intervened to stay the case and/or discovery pending the criminal prosecutions of Hector Aaron Ruiz, which have been completed, and this case was reopened and stay lifted on December 20, 2024.

     Respectfully submitted,

     */s/ Charles H. Peckham*

     _____

     Charles H. Peckham
     TBN:  15704900
     cpeckham@pmlaw-us.com

     Mary A. Martin
     TBN:  00797280
     mmartin@pmlaw-us.com

     PECKHAM MARTIN, PLLC
     Two Bering Park
     800 Bering Drive, Suite 220
     Houston, Texas 77057
     (713) 574-9044

OF COUNSEL:

Larry D. Eastepp
TBN:  06361750
larry@eastepplaw.com

LARRY D. EASTEPP, PC
5300 Memorial Drive, Suite 1000
Houston, Texas 77007
(713) 255-3388
(713) 993-7205 – facsimile

## **CERTIFICATE OF CONFERENCE**

Charles H Peckham has contacted all other counsel to this case and the status is as set out in the submission statement above.

/s/  *Charles H Peckham*

_____

Charles H. Peckham

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record on this the 2nd day of January 2025 via the Electronic Case Filing System of the Court.

/s/  *Charles H Peckham*

_____

Charles H. Peckham